# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2023

*The Court of Appeals hereby passes the following order:*

## A23I0262. AUGUSTA MALL, LLC et al. v. AUBREY ADAMS-KNOWLDEN et al.

Applicants Augusta Mall, LLC and Amy Dalton have filed a motion to withdraw their application for interlocutory review. The motion to withdraw is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/20/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*